**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Jimmy Smith
Plaintiff,

v.  Case No.: 1:23−cv−00315−MSM−LDA

Steven Minicucci
Defendant.

## ORDER TO SHOW CAUSE

    The above captioned case was filed on August 2, 2023, and has been pending at least 90 days without proof of service, an answer or a responsive pleading having been filed by the defendant.

    On or before January 15, 2024, plaintiff is hereby ordered to show cause, in writing, why this matter should not be dismissed for lack of prosecution. Failure to file a response will lead to dismissal of this case for lack of diligent prosecution. DRI LR Cv 41.

    It is so ordered.

December 22, 2023

By the Court:

/s/ Mary S. McElroy
United States District Judge